**Frank H. WOOD, individually and on behalf of all others similarly situated, Plaintiff-Appellee,**

v.

**Franklin Y.K. SUNN; Edwin Shimoda; William F. Haning III; and Beatrice Chang, Defendants-Appellants.**

**No. 87-2056.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 11, 1988.

Decided April 5, 1989.

Order Filed Aug. 9, 1989.

Before SCHROEDER, REINHARDT and LEAVY, Circuit Judges.

ORDERS

The order filed April 5, 1989, is ordered published.

Upon motion of the parties and for good cause shown, the mandate is recalled, the court's opinions in this matter are vacated, and the case is remanded to the District Court with instructions to dismiss the complaint with prejudice.